IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Marcus Sanders, | ) | C/A NO. 4:07-1800-CMC-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| Michael King, Wyane Thompson, Mike | ) | |
| Murphy, Daniel Dubose, | ) | |
| | ) | |
| Defendants. | ) | |
| ——————————————— | ) | |

This matter is before the court on Plaintiff's *pro se* complaint filed in this court pursuant to 42 U.S.C. § 1983.

In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(d), DSC, this matter was referred to United States Magistrate Judge Thomas E. Rogers, III, for pre-trial proceedings and a Report and Recommendation. On July 10, 2007, the Magistrate Judge issued an order directing that Plaintiff bring the case into proper form, and notifying Plaintiff that failure to comply with this order would result in the dismissal of this action. *See* Order (Dkt. #6, filed July 10, 2007). Plaintiff has failed to respond to this order; indeed, his copy of this order was returned to the court marked "Attempted Not Known." This matter is hereby dismissed, without prejudice, for Plaintiff's failure to prosecute this action.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
September 18, 2007

C:\Documents and Settings\guest\Local Settings\Temp\notesE1EF34\07-1800 Sanders v. King e dism case failure to prosecute.wpd